Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266 - 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Carl Franklin Broadnax<br>Phyllis Yvonne Brown-Broadnax<br><br><br>debtor(s) | Chapter 13 Case No. 06-40475-WJL 13 |

**Trustee's Motion and Declaration to
Dismiss Proceedings and Notice Thereon**

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee hereby moves the court for an Order Dismissing these proceedings upon the grounds that after a recent audit of this case, the plan is clearly unfeasible. Based on the claims filed the case will run 73.00 months. This is 13 over the 60 months allowed by law.

NOTICE IS HEREBY GIVEN that debtor or the attorney of record may request a hearing in writing stating specific grounds for objecting to the dismissal of these proceedings to the court and served on the trustee no later than twenty-one (21) days from the date of service of this motion. Trustee will then schedule a hearing date and notice debtor and the attorney of record of said hearing date.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 04, 2011

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| In re | |
|---|---|
| Carl Franklin Broadnax<br>Phyllis Yvonne Brown-Broadnax<br>debtor(s) | Chapter 13 Case No. 06-40475-WJL 13 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Carl Franklin Broadnax<br>Phyllis Yvonne Brown-Broadnax<br>5207 Belvedere St<br>Oakland,CA 94601 | Patrick L Forte Atty<br>1 Kaiser Plaza #480<br>Oakland,CA 94612 |
| (Debtor(s)) | (Counsel for Debtor) |
| Date: August 04, 2011 | /s/ CHRISTIE ACOSTA<br>CHRISTIE ACOSTA |